UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAIMAK PETERS,**<br><br>Defendant. | Case No. 22-MJ-138 (ZMF) |

## ORDER

On June 10, 2022, Defendant PETERS came before this Court on a Rule 5 Removal hearing to the U.S. District Court for the Eastern District of Virginia. Defendant PETERS is subject to an arrest warrant based out of the Eastern District of Virginia in case 2:20-cr-78.

This Court is charged by the Rules to determine if a defendant shall be detained pending removal or released to self-surrender in the charging jurisdiction. If a Magistrate Judge determines release is appropriate, a defendant shall be released on that warrant, unless the government raises an objection to the assigned District Judge in the chagrining jurisdiction.

On June 13, 2022, this Court ordered Defendant PETERS release on the warrant from the Eastern District of Virginia. Because the government did not lodge an appeal, this Court's order is final. Thus, it is hereby ORDERED that Defendant PETERS must be released immediately to the custody of the third-party custodians, Ms. Hegwood and/or Ms. Barrett who are waiting outside the D.C. Jail. Defendant PETERS must be released immediately in order to report to the Eastern District for Virginia for the outstanding warrant in that case. He may not be further detained based on that warrant.

June 13, 2022  
Date

_____  
ZIA M. FARUQUI  
UNITED STATES MAGISTRATE JUDGE